# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 6:16-CR-00007-JDK-KNM** |
| | § | |
| **MIKAEL JOHNSON** | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 70 (sealed).

### PROCEDURAL HISTORY

On January 24, 2017, United States District Judge Ron Clark sentenced defendant Mikael Johnson to 140 months of imprisonment followed by ten years of supervised release. Dkt. 57. Johnson's current term of supervised release commenced December 15, 2025. Dkt. 70 (sealed).

In June 2026, a probation officer petitioned the court for a warrant, alleging that Johnson had violated conditions of his supervised release. Dkts. 67 (sealed) (original petition), 70 (sealed) (amended petition). The amended petition alleged that Johnson had violated conditions that required him to refrain from committing another federal, state, or local crime; and to make payments toward the imposed $5,000 assessment to the Justice for Victims of Trafficking Act of 2015. Dkt. 70 (sealed). In support of those allegations, the petition asserted that Johnson had committed the offense of terroristic threat and had not made any payments toward his imposed assessment since commencing supervision. *Id.*

A final revocation hearing was held before me on July 6, 2026. Johnson pleaded true to allegations one and two. Minute Entry for July 6, 2026. He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 79.

**RECOMMENDATION**

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) Johnson's supervised release be revoked based on allegations one and two in the petition for revocation of his supervised release, Dkt. 70 (sealed); (2) Johnson be committed to the custody of the Bureau of Prisons to be imprisoned for a term of nine months, with nine years of supervised release to follow; and (3) Johnson be placed at FMC Rochester in Rochester, Minnesota, if appropriate.

So ORDERED and SIGNED this 17th day of July, 2026.

_____
Don Bush
United States Magistrate Judge

2