**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | NO. 6:16-CR-00007-JDK-KNM |
| MIKAEL JOHNSON | § § § | |

**MEMORANDUM ADOPTING REPORT AND  RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #80) that based on allegations one and two of the petition, Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of nine (9) months, with nine (9) years of supervised release to follow; and that Defendant be placed at FMC Rochester in Rochester, Minnesota, if appropriate.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #79), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of nine (9) months, with nine (9) years of supervised release to follow; and the Court hereby recommends Defendant be placed at FMC Rochester in Rochester, Minnesota, if appropriate.

So **ORDERED** and **SIGNED** this **22nd** day of **July, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE